IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02985-LTB

ANDRE J. TWITTY, also known as
A. J. TWITTY, also known as
ANDRE TWITTY,

    Plaintiff,

v.

JAMES ALLISON, Asst. U.S. Attorney, and
JAY CRIPPS, Deputy U.S. Marshal, all in their individual capacities,

    Defendants.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 2, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 2 day of January, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/T.Lee
                    Deputy Clerk